IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.H., a minor, by and through his guardian ANGELA HOGAN, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:21-cv-03169 |
| v. ) ) | Honorable Harry D. Leinenweber |
| AMAZON.COM, INC., ) ) | |
| Defendant. | |

**STIPULATION TO EXTEND PLEADING DEADLINES**

Named Plaintiff, B.H., a minor by and through his guardian Angela Hogan, and Defendant Amazon.com, Inc. ("Amazon") hereby submit the Parties' Stipulation to Extend Pleading Deadlines, and in support thereof, state as follows:

1. On June 11 2021, this case was removed from the Circuit Court of Cook County, Illinois (Dkt. 1), and Defendant subsequently filed an unopposed motion for an extension of time to answer or otherwise plead. (Dkt. 15).

2. On June 15, 2021, this Court granted Amazon's unopposed motion. (Dkt. 17). Currently, Defendant's deadline to answer or otherwise plead is July 19, 2021.

3. Plaintiff intends to move for leave to file an amended complaint on or before Friday, July 23, 2021, for the sole purpose of adding a Named Plaintiff, Angela Hogan, and in turn, modifying the class definition to include non-minor Amazon account holders. Plaintiff's counsel has met and conferred with Amazon's counsel, who does not oppose Plaintiff's request to file an amended complaint.

1

4. Accordingly, and in light of Plaintiff's forthcoming unopposed motion for leave to file a First Amended Complaint, the Parties stipulate and agree that Defendant's deadline to answer or otherwise plead be extended to twenty-one (21) days following Plaintiff's unopposed motion, or to August 13, 2021.

Dated: July 16, 2021 Respectfully Submitted,

| | |
|---|---|
| /s/ *Ryan F. Stephan* | /s/ *Elizabeth B. Herrington* |
| Ryan F. Stephan | Elizabeth B. Herrington |
| James B. Zouras | Gregory T. Fouts |
| Catherine T. Mitchell | Tyler Zmick |
| **STEPHAN ZOURAS, LLP** | Alborz Hassani |
| 100 N. Riverside Plaza | 110 North Wacker Drive, Suite 2800 |
| Suite 2150 | Chicago, IL 60606-1511 |
| Chicago, Illinois 60606 | T: (312) 324-1445 |
| Tel: (312) 233-1550 | F: (312) 324-1001 |
| Fax: (312) 233-1560 | beth.herrington@morganlewis.com |
| rstephan@stephanzouras.com | gregory.fouts@morganlewis.com |
| jzouras@stephanzouras.com | tyler.zmick@morganlewis.com |
| cmitchell@stephanzouras.com | al.hassani@morganlewis.com |
| | |
| Kenneth Wexler | *Counsel for Defendant Amazon.com, Inc.* |
| Justin N. Boley | |
| Zoran Tasić | |
| **WEXLER WALLACE LLP** | |
| 55 West Monroe St. | |
| Suite 3300 | |
| Chicago, IL 60603 | |
| Tel: (312) 346-2222 | |
| Fax: (312) 346-0022 | |
| kaw@wexlerwallace.com | |
| jnb@wexlerwallace.com | |
| zt@wexlerwallace.com | |
| | |
| Daniel E. Gustafson | |
| Karla M. Gluek | |
| David A. Goodwin | |
| Mickey L. Stevens | |
| **GUSTAFSON GLUEK PLLC** | |
| 120 South Sixth Street, Suite 2600 | |
| Minneapolis, MN 55402 | |
| Tel: (612) 333-8844 | |

Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

*Attorneys for the Plaintiff and the Putative Class Members*

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on July 16, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Ryan F. Stephan*