IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA HOGAN and B.H., a minor, by and through his guardian ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 1:21-cv-03169<br><br>Honorable Harry D. Leinenweber |

**DEFENDANT AMAZON.COM, INC.'S**
**MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Amazon.com, Inc. ("Amazon") respectfully moves this Court for an Order dismissing Plaintiffs' First Amended Complaint (the "FAC") (ECF No. 23), and in support thereof states the following:

1. Plaintiff Angela Hogan's claims against Amazon are governed by Washington, based on the choice of law provision to which she agreed through the Amazon Photos Terms of Use and Amazon Conditions of Use. Because Washington law governs, Ms. Hogan may not assert claims under the Illinois Biometric Information Privacy Act ("BIPA"), an Illinois statute.

2. Both Plaintiffs' claims should be dismissed because the FAC and documents incorporated into the FAC demonstrate that Plaintiffs fail to state claims under BIPA Sections 15(a), 15(b), and 15(c).

3. Plaintiffs also fail to state claims for unjust enrichment because Plaintiffs cannot allege that Amazon's conduct was "unjust" absent any valid BIPA violation, and because Plaintiffs fail to plead that they incurred any economic expense.

1

4. In further support of its Motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

WHEREFORE, Amazon respectfully requests that the Court grant its Motion and enter an Order dismissing Plaintiffs' First Amended Complaint with prejudice and granting such other relief as the Court deems appropriate.

| | |
|---|---|
| Dated: August 13, 2021 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | /s/ *Elizabeth B. Herrington* |
| | Elizabeth B. Herrington |
| | Gregory T. Fouts |
| | Tyler Zmick |
| | Alborz Hassani |
| | 110 North Wacker Drive, Suite 2800 |
| | Chicago, IL 60606-1511 |
| | T: (312) 324-1445 |
| | F: (312) 324-1001 |
| | beth.herrington@morganlewis.com |
| | gregory.fouts@morganlewis.com |
| | tyler.zmick@morganlewis.com |
| | al.hassani@morganlewis.com |
| | |
| | *Counsel for Defendant Amazon.com, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2021, I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

| | |
|---|---|
| Kenneth Wexler<br>Justin N. Boley<br>Zoran Tasić<br>WEXLER WALLACE LLP<br>55 West Monroe St., Suite 3300<br>Chicago, IL 60603<br>Tel: (312) 346-2222<br>Fax: (312) 346-0022<br>kaw@wexlerwallace.com<br>jnb@wexlerwallace.com<br>zt@wexlerwallace.com | Daniel E. Gustafson<br>Karla M. Gluek<br>David A. Goodwin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600 Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>kgluek@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mstevens@gustafsongluek.com |
| Ryan F. Stephan<br>James B. Zouras<br>Haley R. Jenkins<br>STEPHAN ZOURAS, LLP<br>100 N. Riverside Plaza, Suite 2150<br>Chicago, IL 60606<br>Tel: (312) 233-1550<br>Fax: (312) 233-1560<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>hjenkins@stephanzouras.com | |

                                              */s/ Elizabeth B. Herrington*
                                              Elizabeth B. Herrington