# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGELA HOGAN and B.H., a minor, by and through his guardian ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>*Defendant*. | Case No. 1:21-cv-03169<br><br>Honorable John J. Tharp |

## DECLARATION OF RON SCHNELL

I, Ron Schnell, declare and state as follows:

1.  I am a Managing Director at Berkeley Research Group, LLC ("BRG"), which is a global consulting firm that helps leading organizations advance in three key areas: disputes and investigations, corporate finance, and performance improvement and advisory.

2.  I have over 40 years of experience in the fields of computer science and software.

3.  I have a master's degree in computer science from Syracuse University, and have a working knowledge of over 40 computer languages, including all of those at issue in this matter.

4.  I have been retained by counsel for Amazon.com, Inc. ("Amazon") as an expert witness in the above-captioned action, and I submitted an expert report in support of Amazon's Opposition to Plaintiffs' Motion for Class Certification on June 17, 2024.

5.  If called to testify in this matter, I would testify to the contents of this Declaration and adopt it herein as my sworn testimony. Except where indicated, I make this declaration

based on my personal knowledge from my more than forty years working in the fields of computer science and software.

6.  I have reviewed the Expert Reply Report of Dr. Atif Hashmi, dated August 30, 2024, which I am informed is located in the Court records at ECF No. 156-01, Ex. 24 ("Hashmi Reply Report").

7.  Dr. Atif Hashmi opines that Amazon could determine users' identities "using existing technologies that are widely available and available to Amazon specifically." *See* Hashmi Reply Report ¶ 42.

8.  Dr. Hashmi further opines that "Amazon, with all its engineering and financial resources…could scrape the Internet…and set up a system similar to Clearview AI that can receive a face image and provide information about a person for identification purposes." *Id.* ¶ 44.

9.  I also have reviewed a prior Declaration of Dr. Atif Hashmi, dated August 23, 2022, which I am informed is located in the Court records in *In re: Clearview AI, Inc., Consumer Privacy Litigation*, No.: 1:21-cv-00135 (N.D. Ill. Aug. 23, 2022) at ECF 433-4, Ex. 4 ("Hashmi Clearview Declaration").

10. In the *In re: Clearview AI, Inc.* case, Dr. Hashmi opined that has was retained to analyze source code produced by Clearview AI and that "the files included within the Clearview Source Code Production constitute more than 3.3 million lines of text." *See* Hashmi Clearview Declaration at ¶ 6.

11. While there are many different ways to attempt to measure a software coder's productivity, and a range of issues with even doing so, computer scientists commonly have

estimated productivity and potential development timelines using the rough estimate of ten lines of code per developer day for debugged code ready for production.

12. Publicly available sources estimate that, on average, a professional developer could write ten lines of code per day for debugged code ready for production, "no matter the programming language chosen." *Mythical man month : 10 lines per developer day,* NDependBlog, *available at* https://blog.ndepend.com/mythical-man-month-10-lines-per-developer-day/ (dated Feb. 10, 2020) (last accessed, September 25, 2024). *See also* Ali Mili & Fairouz Tchier, *Software Testing: Concepts and Operation* (2015) at 7-8 ("Whereas any programmer one asks may say that they can produce a hundred lines of code in a day or more, a more realistic figure, across all areas of software development, is closer to about 10 lines of code per day, or about 200 lines of code per person-month. This figure includes all costs that are spent producing software, including the cost of all phases of the software lifecycle, from requirements analysis and specification to software testing."); Terence Parr, Professor of Computer Science and Data Science, University of San Francisco, Lecture Notes addressing Mythical Man Month, *available at* https://www.cs.usfca.edu/~parrt/course/601/lectures/man.month.html (discussing the ten lines of code a day concept in the context of developing a product that can be "run, tested, repaired") (last accessed, September 25, 2024).

13. Based on my professional experience in computer science and software, artificial intelligence is not yet writing code for large scale production systems like that envisioned by the Plaintiffs and Dr. Hashmi in the Plaintiffs' reply brief.

14. However, in order to account for potential efficiencies that may be present in a particular development project and/or advancements over time in coding, when estimating

potential project development times, I frequently apply a 10x multiplier to the 10 lines of code a day common estimate.

15. At the oft-quoted average of ten lines of code per day for debugged code ready for production, multiplied by ten for potential efficiency, and assuming 40 coders working 365 days a year, it would take more than two years to develop a program with 3.3 million lines of code.

16. Unlike other software programs that may be available for use immediately after coding, testing, and productizing, the software proposed by the Plaintiffs and Dr. Hashmi would have to collect significant amounts of data on the individuals that the Plaintiffs and Dr. Hashmi propose to identify before the software could be used for that purpose. This proposed data collection would add to the effort discussed in the paragraph above to build a finished product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 27, 2024.

Signed by:
/s/ Ron Schnell
C9929A714ACA44B...
Ron Schnell