IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA HOGAN and B.H., a minor, by and through his guardian ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>*v.*<br><br>AMAZON.COM, INC.,<br><br>           Defendant. | Case No. 21-cv-3169<br><br>Honorable John J. Tharp, Jr. |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On December 17, 2025, the Seventh Circuit issued an opinion in *Svoboda v. Amazon Inc.*, No. 25-1361 (7th Cir. December 17, 2025) ("*Svoboda*"), affirming the district court's order granting the plaintiffs' motion for class certification in an Illinois Biometric Information Protection Act ("BIPA") action similar to the instant case. In *Svoboda*, the plaintiffs alleged that Amazon violated § 15(a) and (b) of BIPA by obtaining their biometric identifiers (facial geometry) through Amazon's Virtual Try On feature without informed written consent. *Svoboda*, attached as **Exhibit A**, supports Plaintiffs' position that the Court should grant Plaintiffs' Motion for Class Certification, Dkt. No. 127, and reject Amazon's arguments to the contrary.

Specifically, the Seventh Circuit ruled that: (a) the individualized questions connected to proof of location of class members in *Svoboda* do not predominate over common questions of BIPA liability because the combination of geolocation data, billing address, cellular IP addresses, and personal affidavits can prove that a claimant more likely

than not was in Illinois when using the Virtual Try On feature, Ex. A, *Svoboda* at 10–16; *see* Dkt. No. 155, Reply in Supp. of Pls.' Mot. for Class Certification ("Pls.' Reply") at 9–14; and (b) the affirmative defenses put forward by Amazon—including consent, failure to mitigate, estoppel, and waiver—present questions that are fit for class-wide resolution and questions which do not defeat class certification, Ex. A, *Svoboda* at 16–17; Pls.' Reply at 20–24.

The district court's decision in *Svoboda v. Amazon.com, Inc.*, No. 21 C 5336, 2024 WL 1363718 (N.D. Ill. Mar. 30, 2024), was already cited extensively in Plaintiffs' class-certification reply brief, and as such, the affirmance of the district court's ruling by the Seventh Circuit further bolsters the arguments Plaintiffs made there.

Dated: January 6, 2026

Respectfully submitted,

/s/ *Justin N. Boley*
Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
Margaret Shadid
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com
ms@wbe-llp.com

Daniel E. Gustafson
Karla M. Gluek
David A. Goodwin
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com

kgluek@gustafsongluek.com
dgoodwin@gustafsongluek.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
STEPHAN ZOURAS, LLP
222 W. Adams St., Suite 2020
Chicago, Illinois 60606
Tel: (312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Dean Kawamoto
Derek Loeser
Gretchen Freeman Cappio
Felicia Craick
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
dkawamoto@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
fcraick@kellerrohrback.com

Christopher L. Springer
KELLER ROHRBACK, L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
cspringer@kellerrohrback.com

Kevin Landau
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William St., Ste. 1900A
New York, NY 10038
Tel: (212) 931-0704
klandau@tcllaw.com
atamoshunas@tcllaw.com

*Attorneys for Plaintiffs and
the Proposed Class*