# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANGELA HOGAN and B.H., a minor, by and through his guardian ANGELA HOGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 21-cv-3169<br><br>Honorable John J. Tharp, Jr. |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

On June 5, 2026, Judge Rosenstengel of the United States District Court for the Southern District of Illinois issued an opinion in *Doe v. Apple Inc.*, No. 3:20-CV-421-NJR (S.D. Ill. June 5, 2026) ("*Apple*") granting the plaintiffs' class-certification motion in an Illinois Biometric Information Protection Act action similar to the instant case. In response, on June 22, 2026, Apple Inc. filed a petition for permission to appeal the decision pursuant to Federal Rule of Civil Procedure 23(f). Subsequently, on July 29, 2026, the United States Court of Appeals for the Seventh Circuit issued an order denying Apple Inc.'s petition for permission to appeal, attached here as **Exhibit A**.

Plaintiffs noted the class-certification decision in *Apple* in a notice of supplemental authority on June 9, 2026. Dkt. No. 278. In that notice Plaintiffs observed that the *Apple* Court found that questions regarding common law defenses could be answered on a class-wide basis by common proof; that the potential "extraterritoriality" of class members' use of the technology could be addressed at the damages stage and was not an issue that

predominates; and that a combination of the defendant's data and user declarations can be used to identify class members. The Court's class certification decision in *Apple* supports Plaintiffs' position that the Plaintiffs' motion for class certification, Dkt. No. 127, should be granted, and that the Defendants' arguments to the contrary should be rejected. The Seventh Circuit's denial of Apple's Rule 23(f) petition further bolsters Plaintiffs' arguments in support of their motion for class certification.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Justin N. Boley*
Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
Margaret Shadid
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com
ms@wbe-llp.com

Daniel E. Gustafson
Karla M. Gluek
David A. Goodwin
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dgoodwin@gustafsongluek.com

Ryan F. Stephan
James B. Zouras
Catherine Mitchell Duffy
STEPHAN ZOURAS, LLP
222 W. Adams St., Suite 2020
Chicago, Illinois 60606

Tel: (312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Dean Kawamoto
Derek Loeser
Gretchen Freeman Cappio
Felicia Craick
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
dkawamoto@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
fcraick@kellerrohrback.com

Christopher L. Springer
KELLER ROHRBACK, L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
cspringer@kellerrohrback.com

Kevin Landau
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William St., Ste. 1900A
New York, NY 10038
Tel: (212) 931-0704
klandau@tcllaw.com
atamoshunas@tcllaw.com

*Attorneys for Plaintiffs and*
*the Proposed Class*