**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANGELA HOGAN and B.H., a minor, by and through his guardian ad litem, Angela Hogan,

*Plaintiffs*,

v.

AMAZON.COM, INC.,

*Defendant*.

Case No. 1:21-cv-03169

Hon. John J. Tharp, Jr., U.S.D.J.

**DEFENDANT'S RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

As set forth in Defendant's Response to Plaintiffs' Notice of Supplemental Authority (ECF 279), *Doe v. Apple Inc.*, No. 3:20-CV-421-NJR (S.D. Ill. June 5, 2026) is inapposite for at least four reasons. Class certification should be denied here.

Dated: August 24, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*s/ Elizabeth B. Herrington*

Elizabeth B. Herrington
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
T: (312) 324-1445
F: (312) 324-1001
beth.herrington@morganlewis.com

J. Warren Rissier (*pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
T: (213) 680-6860
F: (213) 612-2501
warren.rissier@morganlewis.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Elizabeth B. Herrington, an attorney, certify that on August 24, 2026, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

By: *<u>/s/ Elizabeth B. Herrington</u>*
Elizabeth B. Herrington